IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02214–CMA–KMT

VANESSA CUEVAS,

    Plaintiff,

v.

BRYON KOLATH, CAPT., D.W.C.F., and
JEFF KLEINHOLTZ, MAJ., D.W.C.F., in their individual and official capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion for Response and Ruling." (Doc. No. 24, filed April 27, 2011.) Plaintiff requests a ruling on her "Reply to Motion to Dismiss" (Doc. No. 20, filed January 7, 2011). The "Reply to Motion to Dismiss" has been accepted for consideration by the court and will be considered in conjunction with Defendants' Motion to Dismiss (Doc. No. 17). A recommendation will issue in due course. Plaintiff's "Motion for Response and Ruling" (Doc. No. 24) is DENIED.

Dated: April 28, 2011.