IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02214–CMA–KMT

VANESSA CUEVAS,

    Plaintiff,

v.

BRYON KOLATH, CAPT., D.W.C.F., and
JEFF KLEINHOLTZ, MAJ., D.W.C.F., in their individual and official capacities,

    Defendants.

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

    The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by District Judge Christine M. Arguello, pursuant to the Order of Reference dated October 25, 2010.  *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

    It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **June 8, 2011,** at **9:30 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LCivR 16.2. and 26.1.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

Plaintiff, or her case manager, shall arrange for her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 17th day of May, 2011.

        **BY THE COURT:**

        Kathleen M. Tafoya
        United States Magistrate Judge