IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02214–CMA–KMT

VANESSA CUEVAS,

    Plaintiff,

v.

BRYON KOLATH, CAPT., D.W.C.F., and
JEFF KLEINHOLTZ, MAJ., D.W.C.F., in their individual and official capacities,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on Plaintiff's "Motion for Production of Documents." (Doc. No. 30, filed 6/14/2011.) Plaintiff states that, "Pursuant to Rule 34, Fed.R.Civ.P., the Plaintiff is requesting that the defendant, Bryon Kolath produce documents for the availability for [sic] inspection and copying within the [sic] 30 days of the filing of this motion." (*Id.*) Discovery requests are not filed with the court. *See, e.g.*, Fed. R. Civ. P. 34(a) ("A party may serve *on any other party* a request within the scope of Rule 26(b) . . . .") (emphasis added). Accordingly, Doc. No. 30 is STRICKEN.

Dated: June 16, 2011.